RUA M. KELLY (Mass. Bar No. 643351)
Email: kellyru@sec.gov
SUSAN COOKE ANDERSON (D.C. Bar No. 978173)
Email: andersonsu@sec.gov
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8941
Facsimile: (617) 573-4590

Local Counsel
DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Acting Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT HURD, YOUR BEST MEMORIES INTERNATIONAL, INC., and KENNETH GROSS,<br><br>　　　　Defendants,<br><br>and SMOKEY CANYON FINANCIAL, INC.,<br><br>　　　　Relief Defendant. | Case No. 2:13-cv-04464-RGK-JCG<br><br>**ORDER OF FINAL JUDGMENT AGAINST DEFENDANT KENNETH GROSS** |

I.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Kenneth Gross ("Defendant") and Defendant's agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, including facsimile transmission, electronic mail, or overnight delivery service, are permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. §77e] by, directly or indirectly, in the absence of any applicable exemption:

(a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b) Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceedings or examination under Section 8 of the Securities Act [15 U.S.C. §77h].

II.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant and Defendant's agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 15(a) of the Securities Exchange Act of 1934

("Exchange Act") [15 U.S.C. §77q(a)] by using the mails, or any means or instrumentality of interstate commerce, to effect transactions in, or induce or attempt to induce the purchase or sale of, securities without being registered as a broker or dealer or associated with a registered broker or dealer in accordance with Section 15(b) of the Exchange Act, 15 U.S.C. § 78o(b).

## III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over the Defendant as a party to this matter for all purposes, including the implementation and enforcement of this Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2014

2